[No. 39442-8-I.    Division One.    March 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SARA NAKAGAWA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00688-7, James H. Allendoerfer, J., entered October 1, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker, C.J., and Ellington, J.

[No. 39476-2-I.    Division One.    March 23, 1998.]

BELLEVUE CONVENTION CENTER AUTHORITY, *Appellant*, v. THE PUBLIC EMPLOYMENT RELATIONS COMMISSION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-04807-1, Charles V. Johnson, J., entered September 12, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Agid, JJ.

[No. 39739-7-I.    Division One.    March 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW CHARLES STOCKTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01179-1, Gerald L. Knight, J., entered November 13, 1996. *Reversed* by unpublished opinion per Agid, J., concurred in by Coleman and Grosse, JJ. Now published at 91 Wn. App. 35.

[No. 39812-1-I.    Division One.    March 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ENGLAND A. EDMONDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-01870-4, Laura C. Inveen, J., entered November 13, 1996. *Reversed* by unpublished per curiam opinion.